

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-18-00695-CR & 04-18-00696-CR

Anthony **BROWN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2016CR6215 & 2016CR8118
The Honorable Mark Luitjen, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED May 29, 2019.

_____
Irene Rios, Justice